## DEMONS v. STATE.
### No. 26224.

Court of Criminal Appeals of Texas.

Jan. 28, 1953.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

The offense is the unlawful sale of intoxicating liquor in a dry area; the punishment, 120 days in jail and a fine of $1,000.

The record is before us without a statement of facts or bills of exception.

All the proceedings appear regular; and nothing being presented for our review, the judgment is affirmed.

## Earl G. MATHEWS, Appellant, v. STATE.
### No. 26288.

Court of Criminal Appeals of Texas.

Feb. 11, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Judge.

The conviction is for murder, the jury having assessed the punishment at 50 years in the penitentiary.

Appellant has filed his motion stating under oath that he desires to dismiss his appeal.

The motion is granted and the appeal is dismissed.